## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PATRICK ALBERT BYERS, Jr.,** | ) |
| **#43310-037,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Case No. 21-cv-01718-JPG** |
| | ) |
| **DAN SPROUL,** | ) |
| **J. LECLAIR,** | ) |
| **MELISSA WINN,** | ) |
| **TAMMY HOTTES,** | ) |
| **and USA,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER DISMISSING CASE

**GILBERT, District Judge:**

Plaintiff Patrick Byers, Jr., filed this action pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), to challenge the toilet tissue policy at the United States Penitentiary in Marion, Illinois.  (Doc. 1-1).  Plaintiff claims this policy amounted to cruel and unusual punishment, in violation of the Eighth Amendment, and interfered with his religious exercise, in violation of the First Amendment.  (*Id*.).  He also brought related state law claims against the defendants.

The claims did not survive preliminary review under 28 U.S.C. § 1915A and were dismissed on April 21, 2022.  (Doc. 10).  Plaintiff was granted leave to file a First Amended Complaint on or before May 20, 2022, if he intended to proceed any further with his claims in this case.  (*Id*. at 12-13).  He was warned that failure to file an amended complaint by the deadline would result in dismissal of the action with prejudice.  (*Id*.) (citing FED. R. CIV. P. 41(b)).

Plaintiff missed the deadline for filing an Amended Complaint on May 20, 2022.  At least a week has passed since the deadline expired.  He has not requested an extension.  The Court will not allow this matter to linger indefinitely.  This action shall be dismissed with prejudice for failure to comply with the Court's Order (Doc. 10) to file an Amended Complaint and/or to prosecute his claims.  FED. R. CIV. P. 41(b).

<u>**Disposition**</u>

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice based on Plaintiff's failure to comply with the Court's Order (Doc. 10) to file an Amended Complaint and/or prosecute his claims.  *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  5/27/2022**            s/J. Phil Gilbert
                                **J. PHIL GILBERT**
                                **United States District Judge**

2